1  TANYA E. MOORE, Bar No. 206683
   Moore Law Firm, P.C.
2  E-mail: tanya@moorelawfirm.com
   332 N. Second Street
3  San Jose, CA 95112
   Telephone: 408-271-6600
4  Facsimile: 408-298-6046

5  Attorneys for Plaintiff
   JOHN MORALES
6

7  RYAN L. EDDINGS, Bar No. 256519
   LITTLER MENDELSON
   A Professional Corporation
8  5200 North Palm Avenue
   Suite 302
9  Fresno, California  93704.2225
   Telephone:   559.244.7500
10 Facsimile:    559.244.7525

11 Attorneys for Defendants
   CUCA'S MEXICAN RESTAURANTS, LLC,
12 CHRISTOPHER JOHNSON, and ERICA
   JOHNSON

13

UNITED STATES DISTRICT COURT

14

EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| JOHN MORALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CUCA'S MEXICAN<br>RESTAURANTS, LLC;<br>CHRISTOPHER JOHNSON; and<br>ERICA JOHNSON<br><br>　　　　　Defendants. | Case No.  1:11-CV-00385-AWI-DLB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND FILING OF JOINT SCHEDULING REPORT**<br><br>Magistrate Judge:　Dennis L. Beck<br>Courtroom:　　　　9<br>Complaint Filed:　June 21, 2011 |

### STIPULATION

**WHEREAS,** on March 3, 2011, Plaintiff JOHN MORALES ("Plaintiff") filed a Complaint against Defendants CUCA'S MEXICAN RESTAURANTS, LLC, CHRISTOPHER JOHNSON, and ERICA JOHNSON (collectively referred to herein as "Defendants").

/ / /

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

(NO. 1:11-CV-00385-AWI-DLB)

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE MANDATORY SCHEDULING CONFERENCE
AND FILING OF JOINT SCHEDULING REPORT

**WHEREAS,** on March 4, 2011, the Court issued an Order Setting the Mandatory Scheduling Conference.

**WHEREAS,** no trial date has yet been assigned;

**WHEREAS,** the Court's Order Setting Scheduling Conference provided as follows:

1. The Scheduling Conference is set for June 21, 2011;
2. The Parties shall meet and confer to develop a Joint Scheduling Report, discovery plan and to discuss possible settlement at least twenty (20) days before the Scheduling Conference;
3. The Parties shall file a Joint Scheduling Report not later than seven (7) days prior to the Mandatory Scheduling Conference;

**WHEREAS,** on June 9, 2011, Counsel for Defendant learned for the first time that Defendants CHRISTOPHER JOHNSON and ERICA JOHNSON, who are also husband and wife, have recently separated and initiated divorce proceedings;

**WHEREAS,** the Counsel for Defendant and Defendants CHRISTOPHER JOHNSON and ERICA JOHNSON need additional time to determine whether joint-representation can continue or whether each will need new counsel;

**WHEREAS,** Counsel for Plaintiff is unavailable to attend a continued mandatory scheduling conference until on or after August 8, 2011;

**WHEREAS,** the Parties have made substantial progress toward settling this matter and anticipate a final resolution of the dispute within the next eight weeks;

**WHEREAS,** the Parties jointly request that the above-stated dates be continued so that Defendants can obtain separate counsel if necessary and to permit the Parties to focus their efforts and resources on settlement of the instant dispute.

**THEREFORE,** subject to the approval of this Court, it is hereby stipulated and agreed, by and between the Parties hereto, through their respective counsel, that:

/ / /

/ / /

/ / /

    1.    The Scheduling Conference shall be continued to a date convenient for this Court on or after August 8, 2011;

    2.    The Parties shall meet and confer and develop a Joint Scheduling Report, discovery plan and to discuss possible settlement at least twenty (20) days before the Scheduling Conference; and

    3.    The Parties shall file a Joint Scheduling Report not later than seven (7) days before the rescheduled Scheduling Conference.

**IT IS SO STIPULATED**

Dated: June 13, 2010          /s/ Tanya E. Moore
                                              TANYA E. MOORE,
                                              Moore Law Firm, P.C.
                                              Attorneys for Plaintiff
                                              JOHN MORALES

Dated: June 13, 2010          /s/ Ryan L. Eddings
                                              RYAN L. EDDINGS
                                              LITTLER MENDELSON
                                              A Professional Corporation
                                              Attorneys for Defendants
                                              CUCA'S MEXICAN RESTAURANTS, LLC,
                                              CHRISTOPHER JOHNSON, and ERICA
                                              JOHNSON

**PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN:**

    1.    The Mandatory Scheduling Conference and associated dates, as set in the Court's June 21, 2011 Order Setting Mandatory Scheduling Conference, are vacated.

    2.    The Scheduling Conference shall be continued to August 11, 2011 in this Department at 9:30 a.m.

    3.    The Parties shall meet and confer and develop a Joint Scheduling Report, discovery plan and to discuss possible settlement at least twenty (20) days before the Scheduling Conference.

    4.    The Parties shall file a Joint Scheduling Report not later than seven (7) days

before the rescheduled Scheduling Conference.

IT IS SO ORDERED.

    Dated:   **June 15, 2011**                  /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE